PROB 12C
(6/16)

Report Date: January 12, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel William Wright          Case Number: 0980 2:12CR00049-RMP-3

Address of Offender: Geiger Corrections Center

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: September 26, 2013

Original Offense:     Distribution of a Mixture of Substance Containing a Detectable Amount of Heroin,
                      8 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 63 months            Type of Supervision: Supervised Release
                      TSR - 36 months

Amended Sentence:     Prison - 51 months
July 23, 2015         TSR - 36 months

Asst. U.S. Attorney:  Matthew F. Duggan             Date Supervision Commenced: February 16, 2016

Defense Attorney:     Federal Defenders Office      Date Supervision Expires: February 15, 2019

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On November 9, 2016, the offender was pulled over by Spokane police. Mr. Wright had a suspended license and was charged with third degree driving while license suspended. He contacted the undersigned officer on November 10, 2016, to report he was driving his girlfriend to the hospital because she had a seizure and was subsequently pulled over. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

Prob12C
Re: Wright, Samuel William
January 12, 2017
Page 2

**Supporting Evidence**: Mr. Wright violated his conditions of supervised release in Spokane, Washington, by being arrested on January 6, 2017, and charged for felony driving under the influence. The Spokane County Superior Court cause number is 17-1-00133-4. Mr. Wright also has a Spokane County District Court cause number of PX0170001.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 12, 2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer
1/12/2017
Date