PROB 12C
(6/16)

Report Date: February 9, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel William Wright           Case Number: 0980 2:12CR00049-RMP-3

Address of Offender: Geiger Corrections Center

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: September 26, 2013

Original Offense:    Distribution of a Mixture of Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison 63 months           Type of Supervision: Supervised Release
                      TSR - 36 months

Amended Sentence:    Prison-51 months
July 23, 2015        TSR-36 months

Asst. U.S. Attorney:   Matthew F. Duggan           Date Supervision Commenced: February 16, 2016

Defense Attorney:      Federal Defender's Office    Date Supervision Expires: February 15, 2019

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/12/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Wright violated the terms of his supervised release in Spokane, Washington, on January 6, 2017, being arrested for third degree driving while license suspended (DWLS), case number PX0170001. |
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Samuel Wright violated the terms of his supervised release in Spokane, Washington, on January 6, 2017, by allegedly committing a new felony law violation, second degree taking a motor vehicle without permission, cause number 17-1-00464-3. |

Prob12C
**Re: Wright, Samuel William**
**February 9, 2017**
Page 2

| | | |
|---|---|---|
| | 5 | **Special Condition #16:** You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence:** Mr. Wright violated the terms of his supervised release in Spokane, Washington, on January 6, 2017, by allegedly consuming alcohol. Mr. Wright was pulled over for driving under the influence on January 6, 2017. Within the report of investigation, case number 17-000529, the trooper reports that Mr. Wright self disclosed he had been "drinking a little bit."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/09/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/10/2017

Date