Report Date: September 8, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel William Wright                Case Number: 0980 2:12CR00049-WFN-3

Address of Offender:                Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 26, 2013

Original Offense:        Alien in United States After Deportation, 8 U.S.C. § 841(a)(1)

Original Sentence:    Prison 63 months;            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:   Alison L. Gregoire           Date Supervision Commenced: February 16, 2016

Defense Attorney:     Roger Peven                   Date Supervision Expires: February 15, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

    1    **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

        **Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he refrain from unlawful use of a controlled substance.

        On August 17, 2017, when Mr. Wright was requested to provide a urine specimen, he admitted to the undersigned officer that he had recently consumed methamphetamine.

    2    **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

    **Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he follow the instructions of the probation officer.

    On August 17, 2017, Samuel Wright was directed by his U.S. probation officer to report to the scheduled STEP session on September 7, 2017. Additionally, he was provided with instruction in a written order, which he also signed. Samuel Wright failed to attend the scheduled STEP session on September 7, 2017, and his current whereabouts are unknown.

3   **Special Condition # 16**: You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he submit to urinalysis testing as directed by the supervising officer.

    Samuel Wright failed to report for urinalysis testing as directed on September 5, 2017.

4   **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he shall abstain from alcohol.

    On August 22, 2017, Samuel Wright was found to be under the influence of alcohol while attending treatment at Adept Treatment Center. He provided a breath sample that revealed his blood alcohol content level to be .078.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/08/2017

s/ Richard Law

Richard Law
U.S. Probation Officer

Prob12C
**Re: Wright, Samuel William**
**September 8, 2017**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

9/8/17
Date