Report Date: January 16, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JAN 16 2018**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE. WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel William Wright          Case Number: 0980 2:12CR00049-WFN-3

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervision Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 26, 2013

| | | |
|---|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 63 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Jones | Date Supervision Commenced: February 16, 2016 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: February 15, 2019 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he not commit another Federal, state, or local crime.

On January 13, 2018, Mr. Wright was found in possession of a black tar substance at the Spokane Residential Reentry Center (RRC). It was reported to RRC staff that said substance was heroin.

| | |
|---|---|
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |

**Supporting Evidence**:  On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he not illegally possess a controlled substance.

On January 13, 2018, Mr. Wright was found in possession of a black tar substance at the Spokane Residential Reentry Center (RRC). It was reported to RRC staff that the substance was heroin.

3    **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he follow the instructions of the probation officer.

On November 28, 2017, Samuel Wright was ordered by the STEP team to remain at the RRC. He was further directed by the undersigned officer to remain there until he was approved by the STEP team to be released. However, on January 13, 2018, he was found to have violated the RRC program rules by being in possession of a controlled substance and was terminated from the program.

4    **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

Samuel Wright has failed to secure employment since his release from inpatient substance abuse treatment on December 6, 2017.

5    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he shall notify the probation officer at least 10 days prior to any change in residence or employment.

On January 13, 2018, Samuel Wright was terminated from the Spokane RRC. To date, he has failed to notify the U.S. Probation Office of his change in residence.

6    **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

**Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

Mr. Wright has failed to notify the undersigned officer of his current whereabouts and

residence. Subsequently, he is prohibiting the U.S. Probation Office from conducting home contacts.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/16/2018

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/16/18

Date