PROB 12C
(6/16)

Report Date: February 15, 2018

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 15 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samuel William Wright        Case Number: 0980 2:12CR00049-WFN-3

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 26, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin, in violation of 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 63 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Amended Sentence: | Prison - 51 months; TSR - 36 months | | |
| Asst. U.S. Attorney: | Scott Jones | Date Supervision Commenced: | February 16, 2016 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | February 15, 2019 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/12/2017 and 02/09/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he follow the instructions of the probation officer. |
| | On February 14, 2018, Samuel Wright was directed by the undersigned officer to return to the Spokane Residential Reentry Center (RRC). Mr. Wright failed to report the Spokane Residential Reentry Center as directed. |
| 7 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved |

Prob12C
Re: Wright, Samuel William
February 15, 2018
Page 2

substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program.

Samuel Wright failed to attend his scheduled treatment at Pioneer Counseling Center on February 14, 2018.

8    **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

Samuel Wright was terminated from his job that he held for less than a week on February 14, 2018. He was terminated following his attempt to contact a superior at 2:30 AM, via electronic messaging accusing said individual of causing his termination from the Spokane RRC.

9    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he shall notify the probation officer at least 10 days prior to any change in residence or employment.

On February 14, 2018, Samuel Wright was terminated from the Spokane RRC, and then accepted back to the RRC. However, he failed to return to the RRC as directed on February 14, 2018, and his current residence is unknown.

10    **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

**Supporting Evidence**: On September 14, 2015, Samuel Wright signed his conditions of supervised release relative to case number 2:12CR00049-WFN-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Wright was made aware by his U.S. probation officer that he shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

Prob12C
Re: Wright, Samuel William
February 15, 2018
Page 3

Mr. Wright has failed to notify the undersigned officer of his current whereabouts and residence. Subsequently, he is prohibiting the U.S. Probation Office from conducting home contacts. The undersigned officer made multiple attempts to reach him at his last known phone number throughout the night of February 14, 2018, with no response from Mr. Wright.

It is respectfully recommended that the Court issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/12/2017 and 02/09/2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/15/2018

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/15/18
Date